IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANDRA KISHOR,

    Petitioner,                    No. CIV S-06-1592 GEB KJM P

  vs.

D.K. SISTO, Warden,

    Respondent.             ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

        Examination of the affidavit reveals petitioner is unable to afford the costs of this action. Accordingly, leave to proceed in forma pauperis is granted. 28 U.S.C. § 1915(a).

        The court requires all petitions for writ of habeas corpus be filed on the proper form which is provided by this court. Moreover, the court may limit its review of the petition for relief to the information on the form only and need not consider any memoranda or attachments to the petition. See Rule 2(c), Rules Governing § 2254 Cases.

        Petitioner is hereby notified that in order for this court to review his application, he must refile his petition on the proper form. Furthermore, although petitioner may submit a

1

1  separate memorandum to support his petition for relief, the court's application form must be
2  completed to reflect all relevant claims, and must provide the court with all necessary
3  information.
4         Moreover, in filing the amended habeas application on this court's form,
5  petitioner is directed to identify his claimed errors plainly.  The court cannot determine the basis
6  of any of petitioner's claims of error from the pleading currently on file.
7         In accordance with the above, IT IS HEREBY ORDERED that:
8         1. Petitioner's application for writ of habeas corpus is dismissed with leave to
9  amend within thirty days from the date of this order;
10        2. Any amended petition must be filed on the form employed by this court and
11 must state all claims and prayers for relief on the form.  It must bear the case number assigned to
12 this action and must bear the title "Amended Petition"; and
13        3. The Clerk of the Court is directed to send petitioner the form for habeas corpus
14 application.
15 DATED:  February 8, 2007.

_____
U.S. MAGISTRATE JUDGE

2
kish1592.115+