IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANDRA KISHOR,

    Petitioner,                    No. CIV S-06-1592 GEB KJM P

    vs.

D. K. SISTO, Warden,

    Respondent.                FINDINGS & RECOMMENDATIONS

                              /

           Petitioner is a state prisoner proceeding pro se, challenging his 1999 Sacramento County conviction for a number of charges. Petitioner's habeas petition was filed with the court on July 18, 2006, and an amended petition was filed on March 2, 2007. The court's own records reveal that on June 6, 2003, petitioner filed a petition attacking the same conviction. (No. Civ. S-03-1219 LKK CMK P ).[1]  Due to the duplicative nature of the present action, the court will recommend that the petition be dismissed.

           In accordance with the above, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

           These findings and recommendations are submitted to the District Judge assigned to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1 served with these findings and recommendations, petitioner may file written objections with the
2 court. The document should be captioned "Objections to Magistrate Judge's Findings and
3 Recommendations." Petitioner is advised that failure to file objections within the specified time
4 may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th
5 Cir. 1991).

6 DATED: May 2, 2007.

_____
U.S. MAGISTRATE JUDGE

2
kish1592.23